O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN D. TOWNSLEY, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICRO HYDROPONICS,INC., a California corporation; ~~RENTON INDOOR GARDEN CENTER, a Washington state proprietorship~~; SUPPLY NET INTERNATIONAL dba FUMELOK, an Australian corporation; KAREN McDOUGALL, an individual; ADAM TRENTON, an individual,<br><br>                    Defendants.<br>_____ | Case No. CV 08-00621 DDP (JCx)<br><br>**JUDGMENT** |

Plaintiff Evan Townsley's motion for summary judgment of trademark infringement and unfair competition against Defendant Supply Net International Pty Ltd and Defendant Fume-Lok Pty Ltd came on regularly for a hearing before the Honorable Dean D. Pregerson at 10:00 a.m. on August 18, 2008.  Appearances of counsel are set forth in the record, but the Court notes that Defendants made no appearance.

After considering all papers filed in support of and in opposition to the Motion, as well as the file in this case and argument of counsel, the Court finds that there is no genuine issue

1    of material fact and that Plaintiff is entitled to judgment as a

2    matter of law that Defendants have infringed Plaintiff's trademark

3    rights and engaged in acts of unfair competition against Plaintiff.

4     Accordingly, it is hereby

5         ORDERED, ADJUDGED, AND DECREED that Plaintiff's motion is

6    GRANTED.  Plaintiff shall recover his costs.

7

8

9

10   IT IS SO ORDERED.

11

12

13   Dated: August 21, 2008                    _____

14                                             DEAN D. PREGERSON
                                               United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28