NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN D. TOWNSLEY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MICRO HYDROPONICS, INC., a California corporation; RENTON INDOOR GARDEN CENTER, a Washington state proprietorship; SUPPLY NET INTERNATIONAL dba FUMELOK, an Australian corporation; KAREN McDOUGALL, an individual; ADAM TRENTON, an individual, <br><br> Defendants. | Case No. CV 08-00621 DDP (JCx) <br><br> **JUDGEMENT GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST MICRO HYDROPONICS, INC. AND KAREN MCDOUGALL** <br><br> [Motion filed on October 20, 2008] |

The motion of Plaintiff Evan D. Townsley ("Plaintiff") for summary judgment of trademark infringement and unfair competition ("Motion") against defendant Micro Hydroponics, Inc. and defendant Karen McDougall (collectively the "Micro Defendants") came on regularly for hearing before the Hon. Dean D. Pregerson at the time and place indicated above. Appearances of counsel are set forth in the record.

After considering all papers filed in support of and in opposition to the Motion, as well as the file in this case and argument of counsel, the Court finds that there is no genuine issue of material fact and Plaintiff is entitled to judgment as a matter of law that the Micro Defendants have infringed Plaintiff's trademark rights and engaged in acts of unfair competition against Plaintiff.

IT IS SO ORDERED.

Dated: December 17, 2008

_____
DEAN D. PREGERSON
United States District Judge